# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| **David Gordon Oppenheimer** | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 8:24-cv-00769<br>)<br>)<br>) |
| **Briscoe's Ride Center, Inc.** | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Briscoe's Ride Center, Inc.
Serve: Registered Agent
David G. Briscoe
1395 SOUTH LAKE ROY DR
WINTER HAVEN, FL 33884

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig Anthony Wirth
craig.wirth@sriplaw.com
21301 Powerline Rd
Ste. 100
Boca Raton, FL - 33433
(561) 990-2474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LisaSilvia

Date: March 28, 2024

*Signature of Clerk or Deputy Clerk*